UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM OSWALD GUZMAN RAMIREZ, et al., | Case No. 5:26-cv-01980-MWF-SSC |
| Petitioners, | JUDGMENT |
| v. | |
| TODD BLANCHE, et al., | |
| Respondents. | |

Pursuant to the Order Granting Unopposed Habeas Petitioner, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted and that Petitioners William Oswald Guzman Ramirez and Josseline Catalina Turcios-Galiacho de Guzman are to be released from the custody of Immigration and Customs Enforcement immediately and upon appropriate conditions of supervision.  Respondents are enjoined as indicated in the order.

Dated: May 7, 2026

_____

MICHAEL W. FITZGERALD
United States District Judge